UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KENNITH WADE ANTHONY** | **CIVIL ACTION NO. 24-1079** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **OUACHITA PARISH 4TH JUDICIAL DISTRICT COURT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Kennith Wade Anthony's Petition for Writ of Habeas Corpus [Doc. No. 4] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of December 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE